UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPILITAN LIFE
INSURANCE COMPANY,

        Plaintiff(s),

vs.

        Case No. 11-10520

        HON. GEORGE CARAM STEEH

BERNICE LOUIS-MOSS, ET AL,

        Defendant(s).
_____

### ORDER OF DISMISSAL WITH PREJUDICE

On August 10, 2011 the parties of record reached a settlement agreement and on September 23, 2011 an Order for Withdrawal of Funds Deposited by Plaintiff was entered by Magistrate Judge Majzoub;

This case hereby is DISMISSED WITH PREJUDICE.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: September 26, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record
on September 26, 2011 by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Deputy Clerk